**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　vs. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>JONATHAN SU, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　　　)<br>　　　　　　　　　　　　　　　　　) | CRIMINAL CASE NO. 00-00132-001<br><br>**REQUEST TO TRAVEL** |

　　　　On July 18, 2002, Jonathan Su was sentenced by the Honorable John S. Unpingco, for Distribution of Methamphetamine Hydrochloride, in violation of Title 21 U.S.C. § 841 (a)(1). He received zero months imprisonment and a 60 month term of supervised release with conditions to wit: refrain from the use of any and all alcoholic beverages; participate in substance abuse treatment if assessed to be in need of such treatment and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; perform 300 hours of community service; and pay a $100 special assessment fee   Mr. Su has been on supervised release since July 18, 2002.

　　　　Mr. Su is requesting the Court's permission to travel to Chicago, Illinois, via Japan for the purpose of visiting his son who is scheduled for surgery on May 30, 2007. He will depart Guam on May 27, 2007 and return on June 10, 2007. He has purchased a ticket to Japan and will fly on standby status, nonrevenue fare, from Japan to Chicago as his son is an employee of United Airlines.

　　　　Mr. Su has been compliant with his conditions of supervised release. He paid his special assessment fee, completed the substance abuse assessment and treatment program and has maintained sobriety. He also performed the 300 hours of community service ordered, submitted to DNA collection and has been steadily employed. This officer supports Mr. Su's request and seeks the Court's approval to allow Mr. Su to travel.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　FRANK MICHAEL CRUZ
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Probation Officer

　　　　　　　　　　　　　　　　By: 　/s/ GRACE D. FLORES
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:

　/s/ ROSSANNA VILLAGOMEZ-AGUON
　U.S. Probation Officer
　　Supervision Unit Leader

cc:　　File

|  |  |  |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

**Jonathan Su**
USDC Cr. Cs. No. 00-00132-001
SSN: XXX-XX-6654
DOB: XX-XX-1953
HT: 5'5"; WT: 194 lbs.



DATE    **May 23, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO    **Chicago, IL, via Japan**

LEAVING    **May 27, 2007**    AND RETURNING    **June 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit son who will be having surgery on May 30, 2007.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your supervised release conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from the District for a longer period than authorized.**

3. **Report to the U.S. Probation Office within 48 hours of return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME    **Richard L. Tracy Jr., CUSPO**    ☐ APPROVED    ☐ DISAPPROVED
ADDRESS    **55 East Monroe Street Room 1500**
**Chicago, IL 60603**