| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
| --- | --- | --- |

**Jonathan Su**
USDC Cr. Cs. No. 00-00132-001
SSN: XXX-XX-6654
DOB: XX-XX-1953
HT: 5'5"; WT: 194 lbs.



DATE     **May 23, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO     **Chicago, IL, via Japan**

LEAVING     **May 27, 2007**     AND RETURNING     **June 10, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit son who will be having surgery on May 30, 2007.**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.    **Abide by your supervised release conditions while on travel status.**

2.    **Call your probation officer as soon as you are aware of the need to remain away from the District for a longer period than authorized.**

3.    **Report to the U.S. Probation Office within 48 hours of return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES

UNITED STATES PROBATION OFFICER

NAME     **Richard L. Tracy Jr., CUSPO**

ADDRESS     **55 East Monroe Street Room 1500**

    **Chicago, IL 60603**

[X] **APPROVED**     [ ] **DISAPPROVED**

/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
Dated: May 24, 2007