PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

JONATHAN SU

CRIMINAL CASE NO. 00-00132-001

    It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **July 17, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

 /S/CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
        Cynthia Ecube, Defense Counsel
        File

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.